## Fourth Court of Appeals
### San Antonio, Texas


October 24, 2016

No. 04-16-00560-CV

Louis V. **DOSS**, Individually, and as Surviving Spouse of Carolyn S. Doss,
Appellant

v.

Deborah **ROBINSON**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 11-320-B
Honorable Stephen B. Ables, Judge Presiding

# SHOW CAUSE ORDER

Louis V. Doss, individually, and as surviving spouse of Carolyn S. Doss, appeals a judgment of dismissal signed by the trial court on May 23, 2016. Doss timely filed a motion to reinstate that extended the time for perfecting an appeal. *See* TEX. R. CIV. P. 329b(g); TEX. R. APP. P. 26.1(a). Thus, the notice of appeal was due August 21, 2016, or a motion for extension of time to file the notice of appeal was due fifteen days later on September 5, 2016. *See* TEX. R. APP. P. 26.1, 26.3. The certificate of service accompanying the notice of appeal states it was mailed to this court on August 29, 2016, and the notice of appeal was filed in the trial court on August 31, 2016. Voss did not file a motion for extension of time to file the notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal timely. *See id.*; Tex. R. App. P. 26.3, 10.5(b)(1)(C); *see also Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003) (holding "a reasonable explanation" is any plausible statement of circumstances indicating that failure to timely file was not deliberate or intentional, but was the result of inadvertence, mistake or mischance, and that "any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake or mischance").

We therefore **order** appellant to file a response due by **November 8, 2016**, providing a reasonable explanation for the untimely filing of the notice of appeal or otherwise showing cause

why this appeal should not be dismissed for lack of jurisdiction. **If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed.** *See* TEX. R. APP. P. 42.3(a), (c).

All deadlines in this matter are suspended until further order of the court.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2016.

Keith E. Hottle
Clerk of Court